UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| CELIK HALAT VE TEL SANAYI A.S., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> INSTEEL WIRE PRODUCTS COMPANY, ) <br> SUMIDEN WIRE PRODUCTS ) <br> CORPORATION, AND WIRE MESH CORP., ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Court No. 21-00045 |

**DEFENDANT'S RESPONSE TO**
**DEFENDANT-INTERVENORS' COMMENTS ON REMAND RESULTS**

Defendant, the United States, respectfully requests that this Court sustain the United States Department of Commerce's remand results and enter judgment in favor of the United States. *See* Final Results of Remand Redetermination (April 1, 2022), ECF No. 30.

In its remand order, the Court directed Commerce to "determine a new estimated dumping margin for Celik Halat that does not resort to 19 U.S.C. § 1677e with respect to the filing of the Sections B and C questionnaire responses." *See* Order, ECF No. 28, Slip op. 22-12 (Feb. 15, 2022) at p. 31.

Commerce has fully complied with the remand order. As instructed, on remand, Commerce re-opened the record for Celik Halat to submit its response to sections B and C of the

antidumping duty questionnaire, and for other interested parties to submit factual information to rebut, clarify, or correct this information. Commerce obtained plaintiff's questionnaire responses and comments from interested parties. Based upon the information received, Commerce then re-calculated Celik Halat's weighted-average dumping margin estimated weighted-average dumping margin to be 17.88 percent. *See* Final Results of Remand Redetermination, ECF No. 30-1 at 34. Commerce also revised the all-others rate to be 17.88 percent. *Id.*

No party filed comments opposing the remand results. Indeed, the only parties to comment, defendant-intervenors Insteel Wire Products Company, Sumiden Wire Product Corporation, and Wire Mesh Corp., commented in support of Commerce's remand redetermination and have requested that the Court sustain Commerce's remand redetermination "in its entirety." Def.-Intervenor's Comments on Remand Results at 10, ECF No. 32.

For these reasons, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

                    Respectfully submitted,

                    BRIAN M. BOYNTON
                    Principal Deputy Assistant Attorney General

                    PATRICIA M. McCARTHY
                    Director

                    /s/ Tara K. Hogan
                    TARA K. HOGAN
                    Assistant Director

| OF COUNSEL: | /s/Miles K. Karson |
|---|---|
| Jesus N. Saenz | MILES K. KARSON |
| Attorney | Trial Attorney |
| U.S. Department of Commerce | U.S. Department of Justice |
| Office of the Chief Counsel For Trade | Civil Division |
|    Enforcement and Compliance | Commercial Litigation Branch |
| 1401 Constitution Avenue, NW | P.O. Box 480 |
| Washington, D.C. 20230 | Ben Franklin Station |

Tel: (202) 482-8184  
Email:  Jesus.Saenz@trade.gov

Washington D.C. 20044  
Tel: (202) 307-0309  
Email:  Miles.Karson@usdoj.gov

May 5, 2022

Attorneys for Defendant

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| CELIK HALAT VE TEL SANAYI A.S.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br> and<br><br>INSTEEL WIRE PRODUCTS COMPANY, SUMIDEN WIRE PRODUCTS CORPORATION, AND WIRE MESH CORP.<br><br>    Defendant-Intervenors. | Court No. 21-00045 |

### ORDER

Upon consideration of the remand results filed by the United States Department of Commerce, it is hereby ORDERED, that:

The Department of Commerce's remand results are SUSTAINED;

and judgment is ENTERED on behalf of the Defendant, the United States.

Dated: _____, 2022

                              _____
                                  JUDGE